OFFICE COPY

BLANK ROME LLP
Attorneys for Plaintiff
OLDENDORFF CARRIERS GmbH& CO. KG
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Pauley

| | |
|---|---|
| OLDENDORFF CARRIERS GmbH & Co. KG, | |
| Plaintiff, | 07 Civ **07 CIV 8347** |
| -against- | **Rule 7.1 Statement** |
| KAS MARITIME SHIPPING LINES LTD., | |
| Defendant. | |

RECEIVED
SEP 2 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiff OLDENDORFF CARRIERS, GmbH & Co. KG ("Plaintiff"), certifies that, according to

information provided to counsel by its client, Plaintiff is not a publicly held corporation or

subsidiary or affiliate of a publicly held corporation.

Dated:      New York, New York
            September 25, 2007

                          BLANK ROME LLP
                          Attorneys for Plaintiff
                          OLDENDORFF CARRIERS, GmbH & Co. KG

                      By _____
                          LeRoy Lambert (LL 3519)
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, NY 10174-0208
                          Tel.: (212) 885-5000