# BLANK ROME LLP
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Phone:  (212) 885-5148
Fax:    (917) 332-3838
Email:  LLambert@BlankRome.com

**MEMO ENDORSED**

NOV 27 2007
CHAMBERS OF
WILLIAM H. PAULEY

November 20, 2007

**BY HAND**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 803
New York, New York 10007

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/26/07

The conference is adjourned to January 18, 2008 at 11:30 a.m.

Re:   Oldendorff Carriers GmbH & Co. KG v. KAS Maritime
      Shipping Lines Ltd.
      S.D.N.Y. No. 07 Civ. 8347 (WHP)
      Our Ref.: 667664-00602

Dear Judge Pauley:

We represent plaintiff Oldendorff Carriers GmbH. This is a by now familiar "Rule B" action. The merits of the dispute are subject to resolution by arbitration in London. We are serving banks in New York with the attachment order in the hope of obtaining security prior to service of the complaint, as allowed by Rule B. At present, no attorney for defendant has appeared or contacted us.

We received your "Order for Initial Pretrial Conference" dated October 23, 2007. We respectfully request that the conference on December 14, 2007, be adjourned for 30 days and the other deadlines in the order adjourned accordingly as well.

We are of course at Your Honor's disposal to answer any questions. Otherwise, we thank Your Honor in advance for your consideration of and favorable action upon this request.

Very truly yours,

LeRoy Lambert

LRL:mg