USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08

BLANK ROME LLP
Attorneys for Plaintiff
OLDENDORFF CARRIERS GmbH & CO. KG
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

JAN 1 . 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLDENDORFF CARRIERS GmbH & Co. KG,

Plaintiff,

-against-

KAS MARITIME SHIPPING LINES LTD.,

Defendant.

07 Civ. 8347 (WHP)

**NOTICE AND ORDER OF VOLUNTARY
DISCONTINUANCE AND OF
VACATING OF ORDER OF MARITIME
ATTACHMENT AND GARNISHMENT**

---

Plaintiff, OLDENDORFF CARRIERS GmbH & Co. KG, by its attorneys Blank Rome

LLP, prior to the entry of any appearance by defendant, hereby voluntarily dismisses this action

and agrees that the Court may vacate the Order of Maritime Attachment and Garnishment herein

("Order"), without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 11, 2008

BLANK ROME, LLP
Attorneys for Plaintiff
OLDENDORFF CARRIERS GmbH & Co. KG

By _____
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

SO ORDERED:

_____
U.S.D.J.

1/17/08

667664.00602/6605475v.1