# BLANK ROME LLP
COUNSELORS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

**MEMO ENDORSED**

Phone:   (212) 885-5148
Fax:     (917) 332-3838
Email:   LLambert@BlankRome.com

February 8, 2008

**BY HAND**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 803
New York, New York  10007

*Application denied.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/20/08

Re:   Oldendorff Carriers GmbH & Co. KG v. KAS Maritime
      Shipping Lines Ltd.
      S.D.N.Y. No. 07 Civ. 8347 (WHP)
      Our Ref.:  667664-00602

Dear Judge Pauley:

We represent plaintiff Oldendorff Carriers GmbH ("Oldendorff") and refer to our letter and enclosures of February 4, 2008, in which we requested that the Court reopen this matter. We understand that the Court is not inclined to grant the request.

The Notice of Dismissal was entered as an Order on January 18, 2008. A party has 10 days to move for reconsideration under Local Rule 6.3. We submitted our letter on the tenth day following the entry of the Order (taking into account weekends and Martin Luther King Day).

If the matter is not reopened, our client will have to incur a further filing fee and the cost of new personal service on the banks. We would be obliged to file the new complaint as a related matter as well.

Accordingly, we respectfully ask that our letter of February 4, 2008, be deemed a motion for reconsideration of the Court's order of January 18, 2008, and that the matter be reopened so that we may have issued and serve a Process of Maritime Attachment and Garnishment on this "property" of Defendant Kas Maritime which we have today learned is located in this district..

Very truly yours,

LeRoy Lambert

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

667664.00602/6614584v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong